UNITED STATES, Appellee

v.

ROBERT J. HUDSON, Parachute Rigger Third Class, U. S. Navy, Appellant

16 USCMA 178, 36 CMR 334

No. 19,094

March 25, 1966

*Commander Walter F. Brown,* USN, argued the cause for Appellant, Accused.

*Major Paul F. Henderson, Jr.,* USMC, argued the cause for Appellee, United States.

## Opinion of the Court

FERGUSON, Judge:

This is a companion case to United States v Metcalf, 16 USCMA 153, 36 CMR 209, this day decided, being tried in common therewith. For the reasons set forth in that opinion, the decision of the board of review is reversed and the record of trial returned to The Judge Advocate General of the Navy. A rehearing may be ordered.

Chief Judge QUINN and Judge KILDAY concur.